June 5, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

KENNETH LEE DOUDS, Appellant

NO. 14-12-00642-CR                    V.

THE STATE OF TEXAS, Appellee

_____

  We order that this Court's former judgment of October 15, 2013 is vacated. We further order this Court's opinions of October 15, 2013 withdrawn.

  This cause, an appeal from the trial court's order denying appellant's "Motion to Suppress Blood Test" and "Motion to Suppress Test, Videotape, Statements," signed May 4, 2011, was heard on the transcript of the record of the court below. The record reveals error in the portion of the order denying appellant's "Motion to Suppress Blood Test." This Court orders the judgment of the trial court **REVERSED** and the case is **REMANDED** for further proceedings in accordance with the Court's opinion.

  We order THE STATE OF TEXAS to pay all costs incurred in this appeal.

  We further order this decision certified below for observance.